THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN G. O'BRIEN, Respondent, *v.* CALDWELL MANUFACTURING COMPANY, Appellant.

Argued April 15, 1938; decided May 17, 1938.

*William T. Plumb* for appellant.

*Charles B. Bechtold* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.